IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. CASTILLO,<br><br>   Plaintiff,<br><br>  v.<br><br>LEHMAN BROTHERS, INC.,<br><br>   Defendant.<br>_____/ | No. C 07-01486 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND SETTING BRIEFING SCHEDULE** |

On May 21, 2007 this Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. The Court has received Plaintiff's response to the Order, and HEREBY DISCHARGES the Order to Show Cause without further action.

It is FURTHER ORDERED that defendant Lehman Brothers, Inc. may file a supplemental reply brief in support of its motion to compel arbitration by no later than June 6, 2007. The Court HEREBY CONTINUES the hearing on the pending motion to compel arbitration from June 15, 2007 to July 6, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 31, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARK A. CASTILLO,

      Plaintiff,

v.

LEHMAN BROTHERS et al,

      Defendant.

                              /

Case Number: CV07-01486 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark A. Castillo
611 Guerrero St #15
San Francisco, CA 94110

Peter R. Boutin
Keesal Young & Logan
Suite 1500
Four Embarcadero Center
San Francisco, CA 94111

Dated: May 31, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2